United States Bankruptcy Court
District of Colorado

In re:     Case No. 24-11767-JGR
Sigma Holdings, LLC     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Apr 11, 2024     Form ID: 770     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sigma Holdings, LLC, 8008 Pierson Court, Arvada, CO 80005-2045 |
| 19582144 | + | Kim and Ben Shern, 11962 South Maxwell Hill Drive, Littleton, CO 80127-9604 |
| 19582145 | + | Merchants Mortgage and Trust Corp., 7400 East Crestline Circle, Suite 250, Englewood, CO 80111-3655 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jsb@kutnerlaw.com | Apr 11 2024 22:27:00 | Jeffrey S. Brinen, Kutner Brinen Dickey Riley, P.C., 1660 Lincoln St, Suite 1720, Denver, CO 80264 |
| tr | + | EDI: QJAWEINMAN.COM | Apr 12 2024 03:35:00 | Jeffrey A Weinman, Trustee, 9457 S. University Blvd., Box 268, Highlands Ranch, CO 80126-4976 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey A Weinman, Trustee | jweinmantrustee@outlook.com  jweinman@ecf.axosfs.com;lkraai@ecf.courtdrive.com |
| Jeffrey S. Brinen | |

District/off: 1082-1        User: admin        Page 2 of 2
Date Rcvd: Apr 11, 2024        Form ID: 770        Total Noticed: 5

on behalf of Debtor Sigma Holdings LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

US Trustee

USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor | Sigma Holdings, LLC<br>Name | EIN: 88–3083300 |
| United States Bankruptcy Court | District of Colorado | Date case filed for chapter: 7   4/10/24 |
| Case number: | 24–11767–JGR | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

***The staff of the bankruptcy clerk's office cannot give legal advice.***

***Do not file this notice with any proof of claim or other filing in the case.***

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Sigma Holdings, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8008 Pierson Court<br>Arvada, CO 80005 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey S. Brinen<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St, Suite 1720<br>Denver, CO 80264 | Contact phone 303–832–2400<br>Email jsb@kutnerlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey A Weinman, Trustee<br>9457 S. University Blvd.<br>Box 268<br>Highlands Ranch, CO 80126<br><br>The person designated as Bankruptcy Trustee has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U,S, Trustee in writing of any rejections within seven days after receipt of notice of selection. | Contact phone 303–572–1010<br>Email jweinmantrustee@outlook.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508 | Hours open Monday – Friday 8:00 AM – 4:30 PM<br><br>Contact phone 720–904–7300<br><br>Date: 4/11/24 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 17, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 954 758 7670, and Passcode 1645119961, OR call 1–720–287–7630**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |

| | | |
|---|---|---|
| 8. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. |
| | Please do not file a proof of claim unless you receive a notice to do so. | If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline COB#770** page **1**
b309c_7bna