**Fill in this information to identify the case:**

Debtor name: **Sigma Holdings, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **24-11767**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $ **625,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................. $ **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................... $ **625,000.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **0.00**

4. **Total liabilities** ........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                        $ **0.00**