United States Bankruptcy Court
District of Colorado

In re:     Case No. 24-11767-TBM
Sigma Holdings, LLC     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 1
Date Rcvd: May 22, 2024     Form ID: 241     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

**Recip ID**     **Recipient Name and Address**
db     + Sigma Holdings, LLC, 8008 Pierson Court, Arvada, CO 80005-2045

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

**Name**     **Email Address**

Ilene Dell'Acqua
   on behalf of Creditor Toorak Real Estate Holdings V LLC bknotice@mccarthyholthus.com idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com

Ilene Dell'Acqua
   on behalf of Creditor Toorak Capital Partners LLC bknotice@mccarthyholthus.com, idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com

Jeffrey A Weinman, Trustee
   jweinmantrustee@outlook.com jweinman@ecf.axosfs.com;lkraai@ecf.courtdrive.com

Jeffrey S. Brinen
   on behalf of Debtor Sigma Holdings LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

US Trustee
   USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 5

(COB #241 voMotRFS)(02/10)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,

Case No. **24−11767−TBM**

In re: Sigma Holdings, LLC
    Debtor(s)

## ORDER ON MOTION FOR RELIEF FROM STAY

Toorak Capital Partners, LLC. , ("Movant,") has filed herein a Motion for Relief from Stay, document no. **22** .

**[ XX ]** 1. to foreclose on and/or take possession and control of property described as follows:

**11967 West Ranch Elsie Road, Golden, CO 80403**

**[ ]** 2. to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in: .

**[ ]** 3. other:

    The court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movant is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post−petition property).

    IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

Dated:  5/22/24

BY THE COURT:

s/ Thomas B. McNamara
United States Bankruptcy Judge